ORVILLE W. BALLARD ET AL., EXRS., ETC. V. ALFRED MACK ET AL.,
EXRS., ETC.

WANT OF NOTICE OF MOTION FOR FIXING OF FEES OF EXECUTOR FOR SPECIAL SERVICES
DEPRIVES COURT OF JURISDICTION.

A court is without jurisdiction to hear and determine a motion to fix the
compensation due an executor and trustee for extraordinary services
in such capacity, where no notice of the pendency of such motion was
given to the beneficiaries under the will.

ERROR to Hamilton common pleas court.

**Morse, Tuttle & Harper** and **W. W. Prather,** for plaintiffs in
error.

**Cohen & Mack,** for defendants in error.

**GIFFEN, J.**

This case arose in the probate court and was tried upon the follow-
ing motion:

"R. H. Henry, Ella B. Henry and Alfred Mack, executors of J.
D. Henry, deceased, move the court to fix and determine the amount
of commissions due to said J. D. Henry as executor and trustee of said
George K. Shoenberger, deceased, and also the amount due to him for
his extraordinary services as such executor and trustee.

"MAXWELL & RAMSEY,
"Attorneys for executors of J. D. Henry, deceased."

The probate court allowed to the estate of J. D. Henry as com-
pensation for his services as trustee, the sum of $10,000, and upon
appeal to the common pleas court a like sum was allowed. To this
judgment error is prosecuted to this court.

No notice was served upon any of the beneficiaries under the will,
and it is therefore claimed that the court was without jurisdiction to
hear and determine the motion.

Revised Statutes 6402 (Lan. 9978) provides: That "notice be
published in some newspaper of the county, of the filing of any ac-
counts by executors," and Rev. Stat. 6329 (Lan. 9896) provides: That
a like notice be issued, "requiring all persons interested, to attend the
settlement of a trustee's accounts."

An account by an executor and the settlement by a trustee em-
braces all matters done by the executor or trustee which affect the sub-

stantial interest of the estate or the beneficiaries therein. The compensation claimed by an executor or trustee other than the percentage fixed by the statute is as important an item in the account of an executor or in the settlement by a trustee as any other claim allowed and paid out of the estate.

Counsel claim that the case is similar to that of a referee or receiver, but in each of those cases, the parties are before the court and are bound to take notice of all proceedings therein, including the allowance of a fee for referee or receiver.